COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER ON REHEARING

Appellate case name: Shakeel Uddin v. Jacqueline K. Cunningham Deputy Receiver of
Southern Title Insurance Corporation and Southern Title Insurance
Corporation

Appellate case number: 01-18-00002-CV

Trial court case number: 2012-29600

Trial court: 334th District Court of Harris County

Date motion filed: September 13, 2019

Party filing motion: appellant, Shakeel Uddin

It is so ordered that the motion for rehearing is DENIED.

Judge's signature: __/s/ Richard Hightower_____
      Acting for the Court

Panel consists of Justices Lloyd, Kelly, and Hightower.

Date: __October 15, 2019_____